**Stephen Wayne NORWOOD, Plaintiff–Appellant**

v.

**John FOX, Interim Warden, FCI– Forrest City, Defendant– Appellee.**

No. 15–1767.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 23, 2015.

Filed: Jan. 7, 2016.

Stephen Wayne Norwood, Forrest City, AR, pro se.

Richard M. Pence, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Little Rock, AR, for Defendant–Appellee.

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Federal inmate Stephen Norwood appeals the district court's[1] denial of his 28 U.S.C. § 2241 petition in which he sought prior-custody credit towards service of his federal sentence. Upon careful de novo review, *see Abdullah v. Hedrick,* 392 F.3d 957, 959 (8th Cir.2004), we conclude that Norwood was not entitled to relief. It is undisputed that the entire time period at

---

1. The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.

issue was credited against a state sentence that he was serving (notwithstanding his contention that the state lost "primary" custody over him at some point). Thus, the time was not eligible for credit against his federal sentence. *See* 18 U.S.C. § 3585(b); *Elwell v. Fisher*, 716 F.3d 477, 481 (8th Cir.2013).

Accordingly, we affirm. *See* 8th Cir. R. 47B.